UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                                    In Bankruptcy

**Dennis Davie and**                                 Case No. 13-44593-mbm
**Mary Davie,**                                      Chapter 7
                                                     Hon. Marci B. McIvor

      Debtor(s).

_____/

## ORDER AUTHORIZING
## TRUSTEE TO EMPLOY COUNSEL

     The Trustee, Timothy J. Miller, having filed an Application for Order Authorizing Employment of Counsel, and it appearing that the assistance of legal counsel is necessary and that no adverse interest is present, and the Court being otherwise duly advised,

     **IT IS HEREBY ORDERED** that the Trustee is authorized to employ Kimberly Ross Clayson of Schneider Miller, P.C. as his attorney.  Fees and expenses are subject to Court approval.

                              .

Signed on April 30, 2013

                         /s/ Marci B. McIvor
                      Marci B. McIvor
                      United States Bankruptcy Judge